# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 2, 2009

139081

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

WENDY ROBINSON,
          Plaintiff-Appellee,

v

SC: 139081
COA: 289569
Macomb CC: 08-001273-NO

ELEVEN DEQUINDRE ASSOCIATES,
          Defendant-Appellant,
and

BIG LOT STORES, INC.,
          Defendants.

_____/

      On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 2, 2009

Clerk

0901